IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APACHE CORPORATION, | § | Case No. 4:12-CV-02965 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | JUDGE KEITH P. ELLISON |
| | § | |
| MOTION PICTURE LICENSING | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF APACHE CORPORATION'S NOTICE OF DISMISSAL REGARDING
DEFENDANT MOTION PICTURE LICENSING CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Apache Corporation respectfully submits this notice of voluntary dismissal without prejudice of all claims in Plaintiff's Complaint against Defendant MOTION PICTURE LICENSING CORPORATION in the above-captioned action.

DATED: January 8, 2013      Respectfully submitted,


           /s/ Aaron Davidson
           Timothy S. Durst
           Texas Bar No. 00786924
           tim.durst@bakerbotts.com
           Aaron Davidson
           Texas Bar No. 24007080
           aaron.davidson@bakerbotts.com
           Jordan H. Flournoy (*pro hac vice
           application to be submitted*)
           Texas Bar No. 24074212
           jordan.flournoy@bakerbotts.com
           BAKER BOTTS L.L.P.
           2001 Ross Ave.
           Dallas, TX 75201
           (214) 953-6500
           (214) 953-6503 (Facsimile)

           **ATTORNEYS FOR PLAINTIFF**
           **APACHE CORPORATION**


### CERTIFICATE OF SERVICE

   I hereby certify that on this 8th day of January, 2013, I electronically filed the foregoing Notice of Dismissal with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


DATED: January 8, 2013


           /s/ Aaron Davidson
           Aaron Davidson