UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APACHE CORPORATION. | § § | |
| Plaintiff, | § § | |
| VS. | § § | Civ. Action No. 4:12-cv-2965 |
| MOTION PICTURE LICENSING CORPORATION | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has received Plaintiff's Notice of Dismissal (Doc. No. 16). Thus, the case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of January, 2012.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE